**FRIEND-NOVORSKA v. NOVORSKA**

[354 N.C. 564 (2001)]

DORIS FRIEND-NOVORSKA v. JAMES C. NOVORSKA

No. 322A01

(Filed 18 December 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 143 N.C. App. 387, 545 S.E.2d 788 (2001), affirming in part and reversing in part an order entered 7 September 1999 by Buckner, J., in District Court, Orange County. Heard in the Supreme Court 12 December 2001.

*Hayes Hofler & Associates, P.A., by R. Hayes Hofler, for plaintiff-appellant.*

*Darsie, Sharpe, MacKritis & Dukelow P.L.L.C., by Lisa M. Dukelow, for defendant-appellee.*

PER CURIAM.

AFFIRMED.